UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:

    MELODY A. WEST          Case No. 04-82019-FJO-7A

    Debtor(s).

### APPLICATION AND NOTICE OF PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT CLERK

William J. Tabor, trustee of the bankruptcy estate of the above-named debtors, hereby advises the Court and provides general notice as follows:

1. The trustee has a balance of $2,084.80 remaining in the estate's bank account, which represents a check drawn and mailed to a creditor of the above-named debtors in accordance with the Approved Plan of Distribution, but not presented for payment within the ninety (90) day period allowed for presentation.

2. Pursuant to 11 U.S.C. Section 347(a), the trustee has stopped payment on said check.

3. Listed below, in accordance with FRBP 3011, are the names and addresses of all creditors entitled to unclaimed funds, and the amounts to which they are entitled:

        Melody A. West--$2,084.80
        630 S. County Road 125 W.
        Greencastlee, IN 46135-7864
        (address reported in petition)

WHEREFORE, pursuant to 11 U.S.C. Section 347(a) and FRBP 3011, the trustee herewith tenders deposit of the sum of $2,084.80 to the Clerk of the United States Bankruptcy Court for the Southern District of Indiana, and requests the Court's approval.

                    Respectfully submitted

                    /s/ William J. Tabor
                    William J. Tabor, Trustee
                    P.O. Box 9295
                    Terre Haute, IN 47808-9295
                    (812) 877-3750
                    William.J.Tabor@Verizon.net

## CERTIFICATE OF SERVICE

William J. Tabor certifies that he caused a true and correct copy of the foregoing Trustee's Notice of Payment of Unclaimed Funds to the Clerk of the Court to be served upon Nancy Gargula, U.S. Trustee, and upon Robert C. Perry, attorney for the debtor, by electronic filing this 14th day of September, 2009.

                    /s/ William J. Tabor
                      William J. Tabor